In re APPOTRONICS LTD., FKA YLX LTD., Appellant.

No. 2015–1220.

United States Court of Appeals, Federal Circuit.

Oct. 9, 2015.

Ying Chen, Chen Yoshimura LLP, Los Angeles, CA, argued for appellant.

Benjamin T. Hickman, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented

by Nathan K. Kelley, Meredith Hope Schoenfeld, Molly R. Silfen.

DYK, TARANTO, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.